# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Antron Pegues,

       Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                3-05-cv-292-3

Jennifer H. Langley,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/7/05 Order.

**Signed: July 8, 2005**

Frank G. Johns, Clerk
United States District Court